UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

M COMPANY OY,

    Plaintiff,

v.                                              Case No: 2:21-cv-740-JLB-MRM

M ROOM COMPANY USA INC.,

    Defendant.

## ORDER

The parties have filed a Joint Stipulation for Dismissal with Prejudice. (Doc. 24.) The notice is self-executing. See Fed. R. Civ. P. 41(a)(1)(A)(ii); Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, the Clerk is **DIRECTED** to terminate any pending deadlines and motions and close the file.

**ORDERED** at Fort Myers, Florida, on January 18, 2022.

*[signature]*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE